UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN Re: Harold E. Cole<br>**Appellant** : | CIVIL ACTION No. 3:21-CV-01130 (MPS) |
| v.<br>**Notice** : | OCTOBER 5, 2021 |
| US TRUSTEE : | |
| v.<br>**Appellee:**<br>Kara Rescia<br>Chapter 7 Trustee : | |

## APPELLANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT BRIEF

The undersigned on behalf of the Appellant, Harold E. Cole, hereby respectfully requests of this Court an enlargement of time in which to file the appellant's brief. Pursuant to the scheduling order entered by this Court, the appellant's brief is due on October 20, 2021. (*See* ECF #13). The undersigned represents as an officer of the Court that he has conferred with Counsel for the Appellee, Paige Vaillancourt, Esq, and Attorney Vaillancourt has no objection to the filing or the granting of this Motion by the Court, should the Court elect to grant the instant motion.

The factual basis for this requested enlargement of time, is that undersigned counsel for the appellant has been consumed for the past ten days with a critical medical emergency with a member of his immediate family and expects to remain so for the next five to seven days. As such, counsel will not have enough time to properly brief the issues before this Court. The undersigned would respectfully prefer not to elucidate further in a pleading before this Court and would respectfully answer privately any further questions this Court might have.

**WHEREFORE:** Counsel respectfully requests that this Court grant an enlargement of time of two weeks from the current due date of October 20, 2021, which would require that appellant's brief be due on November 3, 2021.

Respectfully submitted,

By: /s/ Neal P. Rogan
Neal P. Rogan (ct13602)
Law Offices of Neal Rogan, LLC
315 Post Road West
Westport, CT 06880
(203) 341-8783
(203) 341-8560 fax
neal@nealrogan.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Neal P. Rogan
Neal P. Rogan